[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

No. 20-10765
Non-Argument Calendar

————————————————

D.C. Docket No. 1:19-cr-20521-KMM-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

OVIDIO NUNEZ,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Southern District of Florida

————————————————

(January 21, 2021)

Before WILSON, ROSENBAUM, and BLACK, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver

in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d

1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily).